IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERA FRANCHISE SYSTEMS, INC.,

      Plaintiff,   No. CIV S-07-0421 FCD GGH PS

  vs.

PHIL HUIE, et al.,

      Defendants.   ORDER TO SHOW CAUSE
_____/

      Defendants are proceeding pro se in this action. By order filed March 5, 2007, the district court directed the parties to file a joint status report within sixty days. The sixty days have since passed, and defendants have not responded to the court's order. Counsel for plaintiff, who unilaterally filed a status report on May 25, 2007, represents that she has unsuccessfully attempted to contact defendants in order to draft a joint status report together.[1] Defendants did not respond to plaintiff's counsel's attempt.

\\\\\

\\\\\

\\\\\

---

[1] Although counsel made this statement in the status report and not through a declaration, the court accepts the representation.

1

Accordingly, defendants are directed to SHOW CAUSE, within fifteen days from the date this order is filed, why the court should not recommend that the answer be stricken for failure to participate in the joint status report, and for failure to obey court orders.

DATED: 6/20/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/076
ERA0421.osc.wpd