IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERA FRANCHISE SYSTEMS, INC.,

      Plaintiff,                    CIV-S-07-0421 FCD GGH PS

      vs.

PHIL HUIE, et al.,

      Defendants.                <u>FINDINGS & RECOMMENDATIONS</u>

_____/

      By order filed June 21, 2007, defendants were ordered to show cause, within fifteen days, why the court should not recommend that the answer be stricken for failure to participate in the joint status report, and for failure to obey court orders. The fifteen day period has now expired, and defendants have not shown cause or otherwise responded to the court's order.

      IT IS HEREBY RECOMMENDED that defendants' answer be stricken.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: 8/14/07

/s/ Gregory G. Hollows

4  _____
GREGORY G. HOLLOWS
5  UNITED STATES MAGISTRATE JUDGE

GGH:035
6  ERA.fsc