IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERA FRANCHISE SYSTEMS, INC.,

       Plaintiff,                  CIV-S-07-0421 FCD GGH PS

   vs.

PHIL HUIE, et al.,

       Defendants.           <u>ORDER</u>

_____/

       On October 26, 2007, the clerk entered default in this case. Plaintiff has not yet moved for default judgment under Fed. R. Civ. P. 55(b)(2).

       IT IS HEREBY ORDERED that plaintiff file its motion for default judgment within thirty days of this order.

DATED: 05/16/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
ERA421.ord