IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERA FRANCHISE SYSTEMS, INC.,

     Plaintiff,                                  CIV-S-07-0421 FCD GGH

     vs.

PHIL HUIE, et al.,

     Defendant.                             ORDER

_____/

        On October 23, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

\\\\\

1

1     Accordingly, IT IS ORDERED that:

2     1. The Findings and Recommendations filed October 23, 2008, are ADOPTED;

3     2. Plaintiff's June 13, 2008 motion for default judgment is granted on the terms
4  set forth below;

5     3. Plaintiff is awarded damages in the amount of $208,298.07;

6     4. Plaintiff is awarded interest at the rate of 10% per annum on the amount of
7  $11,383.31 at the rate of $3.90 per day from January 11, 2007 until judgment, and at a rate
8  determined by the guidelines set forth in 28 U.S.C. § 1961 after judgment until paid;

9     5. Plaintiff is awarded attorneys' fees in the amount of $4,742; and

10    6. Plaintiff is awarded costs of suit in the amount of $829.97.

11 DATED: December 17, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE